# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135040

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

RICKI EDWARD VANBROCKLIN,
     Defendant-Appellant.

SC: 135040
COA: 279636
Grand Traverse CC:
 06-010094-FH

_____/

      On order of the Court, the application for leave to appeal the August 23, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

d1217

_____
Clerk